UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-230-GWU

PATRICIA BLANKENSHIP,                                        PLAINTIFF,

VS.                            **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                    DEFENDANT.

* * * * * * * * * * * * *

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)     the Plaintiff's Motion for Summary Judgment is GRANTED only in so far as it seeks a determination that the Commissioner's decision is not fully supported by substantial evidence;

(2)     the Defendant's Motion for Summary Judgment is DENIED only in so far as it seeks a determination that the Commissioner's decision was fully supported by substantial evidence;

(3)     all other pending motions, if any, are MOOT; and

(4)     the administrative decision will accordingly be REVERSED and REMANDED for further administrative consideration by separate Judgment entered this same date.

This the 13th day of August, 2008.



**Signed By:**

**_G. Wix Unthank_**   *G.W.U.*

**United States Senior Judge**